IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAHI ISSA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 14-168-LPS |
| | ) |
| DELAWARE STATE UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

Pursuant to Federal Civil Panel guidelines incorporated herein, the Court recognizes that Benjamin J. Schladweiler, Esquire, Garrett B. Moritz, Esquire and Anne M. Steadman, Esquire of Ross Aronstam & Moritz, LLP, have agreed to represent the plaintiff, Jahi Issa, as Counsel of Record in the above captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court. The STAY is lifted.

DATE: 2-26-18

_____
United States District Judge